## Thomas Moore vs. John F. Royce.

A declaration alleging that "the defendant made a promissory note, a copy of which, with an indorsement thereon, is hereto annexed, payable to the plaintiff, and the defendant owes said plaintiff the balance due on said note and interest thereon," accompanied with a copy of the note and indorsement, is good, on demurrer.

CONTRACT. The declaration was as follows: "And the plaintiff says the defendant made a promissory note, a copy of which, with an indorsement thereon, is hereto annexed, payable to the plaintiff, and the defendant owes said plaintiff the balance due on said note and interest thereon." (Copy of note) "Union, Dec. 31, 1860. $347.75. For value received, I promise to pay Thomas Moore three hundred and forty-seven dollars and seventy-five cents, on demand with interest. J. F. Royce. (Indorsed) April 6, 1861. Received forty dollars." The defendant demurred to this declaration, assigning for cause that the allegation that the defendant owed the balance due on the note was uncertain, informal and insufficient. The demurrer was overruled in the superior court, and judgment rendered for the plaintiff; and the defendant appealed to this court.

J. H. Blair, for the defendant.

W. L. Smith, for the plaintiff.

BY THE COURT. This seems to us to be a merely verbal criticism. The declaration is almost in the words of the form prescribed by the statute. It sets forth with substantial precision and certainty the facts relied upon in support of the action.

*Demurrer overruled.*